**FILED**
October 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>Sammy Kelson,<br><br>        Defendant. | Case No. 2:08-mj-357 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release  Sammy Kelson  Case 2:08-mj-357 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

- __ Release on Personal Recognizance

- __ Bail Posted in the Sum of _____

- _X_ Unsecured bond in the amount of $50,000, co-signed by defendant's father, by noon on 10/20/08.

- __ Appearance Bond with 10% Deposit

- __ Appearance Bond secured by Real Property

- __ Corporate Surety Bail Bond

- _X_ (Other) Probation conditions/supervision;

Issued at  Sacramento, CA  on 10/17/08  at  2:45pm.

By _____
Kimberly J. Mueller,
United States Magistrate Judge