McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAMMY LEE KELSON,<br><br>          Defendant. | Case No. 2:08-mj-0357 KJM<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT AND [~~PROPOSED~~] *Day* ORDER |

Motion

Plaintiff, United States of America, by and through its undersigned counsel, hereby moves to dismiss without prejudice the charges contained in the criminal complaint filed October 15, 2008, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government is still awaiting the results of forensic examinations and must complete this investigation before determining whether to seek an indictment. That could not be accomplished in time for the defendant's preliminary examination, scheduled for

///
///
///

1

1  November 6, 2008, at 2:00 p.m.  The government asks that the hearing
2  be vacated.
3  DATED:  November 5, 2008                McGREGOR W. SCOTT
                                            United States Attorney
4
5
                                      by    /s/ Samantha S. Spangler
6                                           Samantha S. Spangler
                                            Assistant U.S. Attorney
7

8                                    Order

9      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that
10     1.  The criminal complaint filed October 15, 2008, is dismissed
11 without prejudice, pursuant to Rule 48(a) of the Federal Rules of
12 Criminal Procedure.
13     2.  The Preliminary Examination scheduled for November 6, 2008,
14 at 2:00 p.m. is vacated *and the unsecured appearance bond previously posted DAD is hereby exonerated.*
15     IT IS SO ORDERED.
16 DATED:  November 5, 2008            __Dale A. Drozd__
                                        DALE A. DROZD
17                                      UNITED STATES MAGISTRATE JUDGE